**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2024**

---

EXEQUIEL S. GRANDEA,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR., Secretary, Department of
the Army, Agency,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-95-
3371-L)

---

Submitted:  November 6, 1997          Decided:  November 19, 1997

---

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Exequiel S. Grandea, Appellant Pro Se.  Larry David Adams, Assis-
tant United States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reconsideration of the district court's previous order dismissing Appellant's employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Grandea v. West, No. CA-95-3371-L (D. Md. June 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED